# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Wayne E. | United States Bankruptcy Court, Central District of CA | 09/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 384
Riverside, CA 92501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |
| 7. | Trustee | Trust #7 |
| 8. | Trustee | Trust #8 |
| 9. | Custodian | Custodial Account #2 |
| 10. | Custodian | Custodial Account #5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   - Charles Schwab Cash/Money Market Account | A | Interest | J | T | | | | | |
| 3.   - Schwab 1000 Index Fund | | None | | | Sold | 05/16/18 | J | C | |
| 4.   - SPDR Gold Trust: GLD | | None | K | T | Buy | 08/24/18 | K | | |
| 5. | | | | | | | | | |
| 6.   IRA #2 | | | | | | | | | |
| 7.   - Charles Schwab Cash/Money Market Account | A | Interest | J | T | | | | | |
| 8.   - Schwab 1000 Index Fund | | None | | | Sold | 05/16/18 | J | B | |
| 9.   - SPDR Gold Trust: GLD | | None | J | T | Buy | 08/21/18 | J | | |
| 10. | | | | | | | | | |
| 11.   IRA #3 | | | | | | | | | |
| 12.   - Charles Schwab Cash/Money Market Account | A | Interest | J | T | | | | | |
| 13.   - SPDR Gold Trust: GLD | | None | L | T | Buy (add'l) | 05/24/18 | K | | |
| 14.   - SPDR Gold Trust: GLD | | | | | Buy (add'l) | 10/11/18 | K | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #4 | | | | | | | | | |
| 19. - Charles Schwab Cash/Money Market Account | | None | J | T | | | | | |
| 20. - Schwab 1000 Index Fund | A | Dividend | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. IRA #5 | | | | | | | | | |
| 23. - Charles Schwab Cash/Money Market Account | | None | J | T | | | | | |
| 24. - Schwab 1000 Index Fund | D | Dividend | M | T | | | | | |
| 25. | | | | | | | | | |
| 26. Custodial Account #2 | | | | | | | | | |
| 27. - Charles Schwab Cash/Money Market Account | A | Interest | J | T | | | | | |
| 28. - Schwab 1000 Index Fund | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 29. - Schwab 1000 Index Fund | | | | | Sold (part) | 08/13/18 | J | A | |
| 30. | | | | | | | | | |
| 31. Custodial Account #5 | | | | | | | | | |
| 32. - Charles Schwab Cash/Money Market Account | A | Interest | J | T | | | | | |
| 33. - Schwab 1000 Index Fund | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 34. - Schwab 1000 Index Fund | | | | | Sold (part) | 08/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Trust #1 | | | | | | | | | |
| 37. - Partial Interest Rent Prop, Maricopa County, AZ | D | Rent | M | W | | | | | |
| 38. | | | | | | | | | |
| 39. Trust #2 | | | | | | | | | |
| 40. - Fidelity Investments Cash Account | A | Interest | | | | | | | |
| 41. - Fidelity Government Money Market Fund | A | Dividend | | | Sold (part) | 07/27/18 | K | A | |
| 42. " " " " | | | | | Sold (part) | 09/04/18 | K | A | |
| 43. " " " " | | | | | Sold | 11/20/18 | K | A | |
| 44. | | | | | | | | | |
| 45. Trust #3 | | | | | | | | | |
| 46. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 47. - Fidelity Government Money Market Fund | A | Dividend | K | T | Sold (part) | 03/06/18 | J | A | |
| 48. " " " " | | | | | Sold (part) | 07/27/18 | J | A | |
| 49. " " " " | | | | | Sold (part) | 09/21/18 | J | A | |
| 50. " " " " | | | | | Sold (part) | 12/26/18 | J | A | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #4 | | | | | | | | | |
| 53. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 54. - Fidelity Government Money Market Fund | A | Dividend | L | T | Buy (add'l) | 08/16/18 | J | | |
| 55. | | | | | | | | | |
| 56. Trust #5 | | | | | | | | | |
| 57. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 58. - Fidelity 500 Index Premium Class | | | | | Sold | 02/09/18 | K | D | |
| 59. - Fidelity Government Money Market Fund | A | Dividend | K | T | Buy | 08/16/18 | K | | |
| 60. | | | | | | | | | |
| 61. Trust #6 | | | | | | | | | |
| 62. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 63. - Fidelity 500 Index Premium Class | | | | | Sold | 02/09/18 | K | D | |
| 64. - Fidelity Government Money Market Fund | A | Dividend | K | T | Buy | 08/16/18 | K | | |
| 65. | | | | | | | | | |
| 66. Trust #7 | | | | | | | | | |
| 67. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 68. - Fidelity 500 Index Premium Class | | | | | Sold | 02/09/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fidelity Government Money Market Fund | A | Dividend | K | T | Buy | 08/16/18 | K | | |
| 70. | | | | | | | | | |
| 71. Trust #8 | | | | | | | | | |
| 72. - Fidelity Investments Cash Account | A | Interest | J | T | | | | | |
| 73. - Fidelity 500 Index Premium Class | | | | | Sold | 02/09/18 | J | B | |
| 74. - Fidelity Government Money Market Fund | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 75. | | | | | | | | | |
| 76. Brokerage Account #1 | | | | | | | | | |
| 77. - Charles Schwab Cash/Money Market Account | A | Interest | L | T | | | | | |
| 78. - Schwab 1000 Index Fund | A | Dividend | M | T | Sold | 02/09/18 | M | E | |
| 79. " " " " | | | | | Buy | 12/26/18 | L | | |
| 80. | | | | | | | | | |
| 81. Brokerage Account #2 | | | | | | | | | |
| 82. - Fidelity Government Money Market Fund | B | Dividend | M | T | Buy (add'l) | 04/26/18 | K | | |
| 83. " " " " | | | | | Buy (add'l) | 05/07/18 | L | | |
| 84. " " " " | | | | | Buy (add'l) | 08/13/18 | K | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Wayne E. | 09/12/2019 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | | | | | |
| 87. Bank of America accounts | A | Interest | K | T | | | | | |
| 88. JP Morgan Chase accounts | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: From time to time, I serve as a member of an informal advisory board for an educational program for minors which another individual runs as a sole proprietor. I am not the sole proprietor and I am entirely unrelated to the person who owns and runs the educational program. Since the educational program is organized as a sole proprietorship, there are no actual directors and, therefore, my involvement as a member of an informal advisory board does not appear to constitute a reportable position. I am an informal advisor not an actual board member or officer.

Part VII: Custodial account #3 was closed in 2017. Therefore, it was not included on this report.

Part VII: My claim in the bankruptcy case of Brobeck, Phleger & Harrison was listed on my 2017 report but it became worthless in 2017. The bankruptcy trustee filed his final report in the Brobeck bankruptcy case and made final distributions in 2017. In addition, the trustee filed a motion in the case in early 2018 proposing to give a small amount of excess cash to charity (instead of distributing the money to creditors). Therefore, my claim in the Brobeck bankruptcy case ceased to have any value in 2017 and, therefore, is not included on this report for 2018.

Part VII: With respect to line 37, the trust continues to own the partial interest in the real property. The percentage of partial ownership increased in 2018 by gift (i.e. not by purchase) and the gift is not otherwise reportable.

Part VII: With respect to trust #2, the trust disbursed all its assets in 2018. Its only asset (the Fidelity account) was emptied during 2018 and closed on December 20, 2018. Fidelity made a last unexpected disbursement of 53 cents in early January of 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wayne E. Johnson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544